CUMBERLAND FARMS NORTHERN, INC. *v.*
MAINE MILK COMMISSION.

No. 904.   Decided April 26, 1965.

*Sidney W. Wernick* for appellant.

*Richard J. Dubord,* Attorney General of Maine, *George C. West,* Deputy Attorney General, and *John W. Benoit,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BROWN *v.* CALIFORNIA.

No. 194, Misc.   Decided April 26, 1965.

Appellant *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Lawrence R. Tapper,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.